IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LA'KEYA KEO, | : | Civil No. 1:25-CV-00126 |
| Plaintiff, | : | |
| v. | : | |
| FEDERAL BUREAU OF INVESTIGATION, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

Before the court is the report and recommendation of United States Magistrate Judge Susan E. Schwab recommending that this action be dismissed without prejudice for lack of subject matter jurisdiction and that the case be closed. (Doc. 17.) No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge

Schwab's analysis is well-reasoned and fully supported by the record and applicable law.  Accordingly, **IT IS ORDERED THAT**:

1) The report and recommendation, Doc. 17, is **ADOPTED**.

2) This action is **DISMISSED WITHOUT PREJUDICE** because the court lacks subject matter jurisdiction.

3) The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: January 21, 2026